```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   CENTRAL DISTRICT OF CALIFORNIA
 9                          WESTERN DIVISION
10
11  ANTONIO GARCIA,                    )  No. CV 08-05644-VBK
                                       )
12                 Plaintiff,          )  JUDGMENT
                                       )
13       v.                            )
                                       )
14  MICHAEL J. ASTRUE,                 )
    Commissioner of Social             )
15  Security,                          )
                                       )
16                 Defendant.          )
                                       )
17
18       IT IS HEREBY ORDERED that the decision of the Commissioner is
19  reversed, and the matter is remanded for a new hearing consistent with
20  the Memorandum Opinion.
21
22  DATED:  June 3, 2009                       /s/
                                       VICTOR B. KENTON
23                                     UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
```